# David Rosenbaum
## Economic Consulting, LLC

_____                                             _____

9/29/2023

Ken Barker

Re: Ruth

Mr. Barker,

I read Eric Christensen's report of September 13, 2023, related to this case, and take exception with his analysis in two areas: household services and worklife expectancy.

Dr. Christensen bases his estimate of the value of lost household services on data from the American Time Use Survey as compiled in *The Dollar Value of a Day, 2020 Dollar Valuation (DVD)*. He uses tables from that publication that reflect Mrs. Ruth's particular demographic characteristics as she would have evolved through her natural life expectancy. For example, the first table he uses is for married women, who are employed full time, whose spouse is employed, ages 55 and over, and living only with their spouse. The last table he uses is for retired single women, ages 75 and over, who live alone.

Each table shows the national average number of hours that an individual spends performing household services in a variety of service categories. It is a first approximation of the time a particular individual spends performing those tasks. In this case, I was able to show Mr. Ruth those national averages from *DVD* tables almost identical to the ones used by Dr. Christensen, and Mr. Ruth was able to tell me whether they were reflective of his wife's efforts. If not, he was able to provide a more precise estimate based on his first-hand knowledge of Mrs. Ruth's actual household service activities. I believe my estimates are more reflective of Mrs. Ruth's activities than Mr. Christensen's national average estimates, given Mr. Ruth's personal knowledge of his wife's efforts.

Dr. Christensen also deducts for Mrs. Ruth's own personal consumption of her household services. While the process for making this deduction is not fully explained in his report, he bases the deduction on his recently published research. I question the applicability of that research to the topic at hand. The basis for that deduction is not generally accepted in the field of forensic economics.

_____

David Rosenbaum Economic Consulting                             402/617-4077
7730 Lowell Ave                                    David@RosenbaumEconomics.com
Lincoln, NE 68506                                  www.RosenbaumEconomics.com

Clark Fire
Rosenbaum 0033

Both Dr. Christensen and I use Skoog, et al. (2019) as a source for worklife estimates.[1] That paper provides information about worklife distributions for individuals based on their age, sex, education and labor market status. A worklife distribution means that worklifes can take a variety of values, each with a certain probability. Within any worklife distribution, there lies a range of worklife values that are more likely than not to occur. Within that range of more-likely-than-not worklife values, Dr. Christensen uses the mean value, or a worklife of 6.5 years. In the *Wrongful Death Questionnaire* that I provided Mr. Ruth, he indicated that his wife had no plans to retire. Consequently, I use the upper end of that range of more-likely-than-not values, or a worklife of 9.4 years.

Sincerely,

*David I Rosenbaum*

David Rosenbaum, Ph.D.

---

[1] Skoog, G. R. et al. (2019). *The Markov Process Model of Labor Market Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors*. <u>Journal of Forensic Economics</u>. 28(1): 15-108.

_____

David Rosenbaum Economic Consulting     402/617-4077
7730 Lowell Ave                          David@RosenbaumEconomics.com
Lincoln, NE 68506                        www.RosenbaumEconomics.com