# IRIS PHOTOS



Clark Fire
IRIS Photos 0001



Clark Fire
IRIS Photos 0088



Clark Fire
IRIS Photos 0107



Clark Fire
IRIS Photos 0108