# PARK COUNTY SHERIFF

**PARK COUNTY SHERIFF'S OFFICE**

1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700

NARRATIVE - Body found - Clark fire

Page 1
21-1173

On Monday, November 15th, 2021, the Park County Communication Division (Dispatch) received numerous emergency calls regarding a wild fire in the Line Creek area of Clark, Park County, Wyoming. Deputy Lawler and myself responded to the area at Clark Fire's request to help with evacuations.

I the middle of the evacuations, I talked with Fire Chief Nate Hoffert. He told me that one of his firefighters, William (Jerry) Ruth, was currently searching for his wife, Cynthia Ruth, who was unaccounted for during the evacuation.

On Tuesday, November 16th, 2021, at approximately 0130hrs., Dispatch related information relayed information from fire units that they had found a deceased female in the area of Louis Lamour Lane. Undersheriff Varian accompanied to the scene to attempt to identify the female. He also plotted the location of the body as 44.9708, -109.1921. When he came back to our staging out, he showed Jerry Ruth a picture of a cell phone that was close to the body. He positively identified the phone as belonging to his wife. Undersheriff Varian proceeded with the death notification.

On the same date, at approximately 0230hrs., Undersheriff Varian and I proceeded to the scene. When we arrived at the location, I initially observed a Subaru station wagon "jack-knifed" approximately four hundred (420) yards along the driveway to the buildings on . Louis Lamour Lane. This vehicle appeared to have been completely engulfed in flames before we got there because all that was left was the metal body and frame. The inside was still on fire.

From the location of the vehicle, I measured fifty (50) yards east back towards the residence, then fifteen (15) yards south off the driveway, I first observed the bloated remains of a female human body. Since Jerry Ruth had previously identified the cell phone near the body, we reasonably believed that the remains were those of Cynthia Ruth. The body was positioned supine with the head facing west. Both arms and legs were slightly fixed and elevated off the ground. I observed the remnants of clothes on the body. The clothes were mostly burned off or fused to the body. Around the mouth and nose there were char marks indicating smoke and heat damage. There was a ring on the left ring finger (later determined to be two (2) rings fused together).

On the same date, at approximately 0417hrs., Park County Coroner Tim Power and Deputy Coroner Emily Denney arrived. I took Emily Denney and Deputy Lawler to the scene. With the help of them and Undersheriff Varian, we removed the body. The body was transferred to the Park County Coroner's Office at approximately 0443hrs.

Near the body, I located the aforementioned cell phone, as well as the remnants of what we believe was dog training collar remote. I took the rings and cell phone and placed them in evidence to be dealt with at a later date.

Before we left the area, we received information that Cody Fire Department Assistant Fire Chief Nathan Filener was with Jerry Ruth during the time Cynthia Ruth was missing and would be able to assist in the timeline of this investigation.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 1108 | JOHNSON, PHIL | 11/16/2021 | 1116 | HARTMAN, MARK | 11/23/2021 |

CONFIDENTIAL DOCUMENT. LE SENSITIVE

Clark Fire
PCSO 0001

| PARK COUNTY SHERIFF'S OFFICE | Page 2 |
|---|---|
| 1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700 | 21-1173 |
| NARRATIVE - Body found - Clark fire | |

Scene pictures will be placed on a media disc and entered into evidence.

On Saturday, November 20th, 2021, I met with Jerry Ruth on his property. From him, I learned the following:

Jerry Ruth stated that when the Clark fire department was paged, he responded for emergency services while Cindy Ruth was still at home.

On Tuesday, November 16th. 2021, at approximately 0016hrs., he received a voicemail from his wife saying that she was take care of the animals but she didn't know what to do after that.

On the same date, around 0200hrs., he was able to make it back in the area of his residence with the help of other fire personnel. He observed his wife's vehicle in his driveway. At the time, the vehicle was still intact. The rear hatch was open the couple's dogs were inside, along with a pillow that was partially on fire. Jerry Ruth put the fire out and secured his dogs. The firefighters took the dogs back to the staging area while Jerry took a side by side and continued the search. After we had been notified that the body was found, Jerry was back at the staging area.

Before I left, I provided him with the rings and cell phone.

A Death Investigation Worksheet was completed.

STATUS: Closed - Information Only

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 1108 | JOHNSON, PHIL | 11/16/2021 | 1116 | HARTMAN, MARK | 11/23/2021 |

CONFIDENTIAL DOCUMENT. LE SENSITIVE

Reminder:
1. Insure safety of personnel.
2. Secure scene

# PARK COUNTY SHERIFFS OFFICE
1402 River View Dr • Cody, Wyoming 82414 • (307) 527-8700
## DEATH INVESTIGATION WORKSHEET

RIMS CASE REPORT # 21-1173

## INCIDENT INFORMATION

**DATE/TIME REPORTED:** 11/16/21 0201
**DATE/TIME OF ARRIVAL:** 11/16/21 0237
**ADDRESS OF OCCURRENCE:** Louis Lamour Ln Clark
**NAME OF BUSINESS OR TYPE OF PREMISE:** Residential Property

**OFFICER ENTRANCE MADE BY:**
- ☐ Key
- ☐ Cutting Chain
- ☐ Forcing Door
- ☐ Door Open
- ☐ N/A
- ☒ Other (Explain): Openfield

**CONDITION OF OTHER DOORS & WINDOWS:**
- ☐ Open
- ☐ Closed
- ☐ Locked
- ☐ Unlocked
- ☐ Glass Broken
- ☐ Screen Cut
- ☐ Pry Marks
- ☐ Other: N/A

**OFFICER ENTRANCE/EXIT INTO CRIME SCENE:** Out in the open
**EXPLAIN:**

## SCENE

**TIME SCENE SECURED:** 0237 A.M.
**SCENE SECURED BY:** 1108 / 1102
(REMEMBER TO START A CRIME SCENE LOG.)

**PRIMARY SCENE:** ☒ Yes ☐ No
**SECONDARY SCENE:** ☐ Yes ☒ No

### RELATIONSHIP
- ☐ Spouse
- ☐ Acquaintance
- ☐ Neighbor
- ☐ Room Mate
- ☐ Passerby
- ☒ Other

**REPORTING PERSON**
**NAME:** Unknown Fire Personnel
**HOME ADDRESS (City, State):**
**WORK ADDRESS:**
**TELEPHONE (HOME):**
**TELEPHONE (WORK):**
**OCCUPATION:**
**DRIVERS LICENSE:**
**CELL PHONE:**
**SEX / RACE / AGE / D.O.B. / S.S.N.:**

### RELATIONSHIP
☒ SAME AS REPORTING PERSON

**PERSON DISCOVERING DEATH**
- ☐ Spouse
- ☐ Acquaintance
- ☐ Neighbor
- ☐ Room Mate
- ☐ Passerby
- ☐ Other

**DATE DISCOVERED:** 11/16/21 0201
**TIME DISCOVERED:** ☒ A.M. ☐ P.M.

**ACTION TAKEN BY PERSON DISCOVERING DEATH (touch or move body, etc):** no actions

04/19/2010

Clark Fire
PCSO 0003

| MARITAL STATUS | NAME OF DECEASED |||||||
|---|---|---|---|---|---|---|---|
| ☐ Single | NAME Cynthia Shook Ruth ||| SEX F | RACE W | AGE 61 | D.O.B. |
| ☒ Married | HOME ADDRESS (City, State) Louis Lamour Lane Clark, WY |||||| S.S.N. |
| ☐ Widowed | WORK ADDRESS |||||||
| ☐ Divorced ||||||||
| ☐ Separated | TELEPHONE (HOME) cell || TELEPHONE (WORK) || OCCUPATION: ||
| ☐ Unknown | DRIVERS LICENSE ||| CELL PHONE ||||

| DATE | PERSON WHO HAD LAST CONTACT WITH DECEASED |||||||
|---|---|---|---|---|---|---|---|
| 11/15/21 | NAME William Jerry Ruth Jr ||| SEX M | RACE W | AGE 63 | D.O.B. |
| TIME 2200 | ADDRESS same Louis Lamour Lane Clark, WY |||||| S.S.N. |
| AM / PM | TELEPHONE (HOME) || WORK || OCCUPATION ||
| ☒ In Person<br>☐ Phone<br>☐ E-mail | WORK ADDRESS (City, State) |||||| WORK PHONE |

| ☐ WITNESS | ☐ OTHER PERSON CONTACTED | ☐ MENTIONED ||| ☐ SUSPECT ||
|---|---|---|---|---|---|---|
| NAME ||| SEX | RACE | AGE | D.O.B. |
| HOME ADDRESS (City, State) |||||| S.S.N. |
| WORK ADDRESS |||||||
| TELEPHONE (HOME) || TELEPHONE (WORK) || OCCUPATION: ||
| DRIVERS LICENSE ||||| CELL PHONE ||

### DECEASED FOUND

| ☐ Inside<br>☒ Outside | DATE/TIME: 11/16/21  02:01 ||| Address: (if different from above) SAME ||
|---|---|---|---|---|---|
| **TYPE OF LOCATION** | **ROOM LOCATION** || **VEHICLE LOCATION** || **POSITION OF BODY** |
| ☐ Apartment  ☐ Business<br>☐ House  ☐ Garage<br>☐ Townhouse  ☐ Vehicle<br>☐ Condo  ☐ Duplex<br>☒ Other:<br>outside property on ground | ☐ Living Room  ☐ Bathroom<br>☐ Dining Room  ☐ Basement<br>☐ Kitchen  ☐ Attic<br>☐ Bedroom  ☐ Closet<br>☐ Storage Room  ☐ Other:<br><br>**Room Temperature** || ☐ Front  ☐ Back  ☐ Trunk<br>Other _____  Model _____<br>Make _____  Color _____<br>License _____<br>Registered Owner: _____ || ☒ On Back<br>☐ Face Down<br>☐ Sitting<br>☐ Hanging<br>☐ Side<br>  ☐ Right<br>  ☐ Left<br>☐ Other: |
| **WEATHER CONDITIONS** || **LIGHTING CONDITIONS** || **DATED MATERIAL** ||
| ☐ Hot  ☐ Rain<br>☐ Humid  ☐ Snow<br>☐ Warm  ☐ Clear<br>☒ Cool  ☒ Cloudy<br>☐ Cold<br>**Approx. Temp.** unknown || ☐ Unknown  ☐ Dark (Unlighted)<br>☐ Dawn<br>☐ Dusk  ☐ Street Light<br>☐ Daylight  ☐ Table Lamp<br>☒ Dark  ☐ Other:<br>☐ Dark (Lighted) || ☐ Mail  ☐ E-mail<br>☐ Newspapers  ☐ Answering Machine<br>☐ TV Guide<br>☐ Liquor bottles<br>☐ Prescription Bottles<br>☐ Other: ||
| **CONDITION OF SURROUNDINGS** || **EVIDENCE OF LAST FOOD PREPARATION** || **PETS** ||
| ☐ Odor  ☐ Signs of Struggle<br>☐ Orderly  ☐ Decomposition<br>☐ Untidy  ☐ Other<br>☐ Disarray || Where:<br>Type: || ☐ Yes  ☒ No  If so, what type? ||

2

Clark Fire
PCSO 0004

| RELATIONSHIP | FAMILY / RELATIVE NOTIFIED | | | | |
|---|---|---|---|---|---|
| ☒ Husband<br>☐ Wife<br>☐ Son/Daughter<br>☐ Cousin<br>☐ In-law<br>☐ Other | NAME William Ruth | SEX | RACE | AGE | D.O.B. |
| | ADDRESS Same as person with last contact | | | S.O.C. NUMBER | |
| | TELEPHONE (HOME) | WORK | | OCCUPATION | |
| FAMILY NOTIFIED BY:<br>1102 | ☒ On Scene   ☒ Officer   ☐ Coroner   ☐ Other Agency   ☐ Other: | | | | |

### PERSONAL PHYSICIAN

| NAME | ADDRESS (City, State) | PHONE |
|---|---|---|
| DATE LAST SEEN | WILL PERSONAL DOCTOR SIGN DEATH CERTIFICATE?  ☐ Yes  ☐ No | |

HAS VICTIM BEEN ILL OR SUICIDAL?  ☐ Yes  ☐ No   If yes, explain.

IS VICTIM CURRENTLY TAKING MEDICATION?  ☐ Yes  ☐ No   If yes, explain:

| IDENTIFICATION OF DECEASED | EVIDENCE OF DRUG USE | DRUG PARAPHERNALIA |
|---|---|---|
| ☒ Yes<br>How Accomplished: Husband identified cell phone found next to body<br>☐ No<br>How is it to be accomplished: | PRESCRIPTION/NON-PRESCRIPTION<br>☐ Yes  ☒ No  ☐ Unknown<br>IF DRUGS ARE PRESENT, COLLECT AS EVIDENCE<br>LIST ALL PRESCRIPTION DRUGS IN REPORT AND THE AMOUNT OF MEDICATION IN EACH BOTTLE. | ☐ Yes<br>☒ No<br>TYPE:<br><br>MEDICAL EQUIPMENT<br>Describe: |

| EVIDENCE OF DEVIATE SEXUAL PRACTICES | EVIDENCE OF SUICIDE NOTE | ROBBERY / BURGLARY |
|---|---|---|
| ☐ Yes   ☒ No   ☐ Unknown<br>TYPE:<br>(Collect as evidence) | ☐ Yes   ☒ No<br>If yes, where was it located:<br>(Collect as evidence) | CIRCLE ABOVE<br>☐ Yes<br>☒ No<br>☐ Unknown |

### CONDITION OF BODY

| CLOTHING | PRESERVATION | RIGOR | COLOR | LIVIDITY | PROPERTY |
|---|---|---|---|---|---|
| ☐ Fully Clothed<br>☐ Unclothed<br>☒ Partially Clothed<br>Explain: Clothing burned off | ☒ Well Preserved<br>☐ Decomposed<br>☐ Mummified<br>preserved but burned | At time body was removed from scene, was rigor present?<br>☒ Yes  ☐ No | ☒ Blue<br>☒ Purple<br>☒ Black<br>☐ Other | ☐ Front<br>☐ Back<br>☐ Localized<br>unknown due to burns | Property should not be removed from body until body is moved to mortuary or autopsy.<br>(Collect as evidence) |

| BLOOD | LIGATURES | APPARENT WOUNDS | LOCATION | HANGING |
|---|---|---|---|---|
| ☒ Absent<br>☐ Present<br>☐ Location: | ☐ Yes<br>☒ No<br>If yes, collect as evidence. | ☒ None<br>☐ Gunshot #:<br>☐ Stab #:<br>☐ Blunt Force #:<br>(To be examined at mortuary or autopsy) | ☐ Head   ☐ Extremities<br>☐ Neck   ☐ Other:<br>☐ Check<br>☐ Abdomen | ☐ Yes<br>☒ No |

### WEAPONS PRESENT

| Gun/Make: | Model: | Serial Number: | Caliber: |
|---|---|---|---|

(Guns seized must be listed as evidence in RIMS)

Knife (Described)

Other (Describe)

### PRONOUNCEMENT

| Doctor's Name: | Office Address: | Phone: |
|---|---|---|
| Pronounced By: | Time:  ☐ A.M.  ☐ P.M.  Date:   Hospital taken to: | |

### PARK COUNTY CORONER'S OFFICE

| CORONER 1125 Power/Deimey | I.D. Number: 1125 | Coroner Case Number: |
|---|---|---|
| Date/Time Notification Made to Coroner: 11/14/21 0205 | | Is Coroner Coming to Scene?  ☒ Yes  ☐ No |

3

| Date/Time Coroner Arrived On Scene |
|---|
| 11/16/21  0417 |

## MORTUARY

| MORTUARY CONTACTED: | DATE: | TIME: | ☐ A.M. ☐ P.M. |
|---|---|---|---|
| MORTUARY ARRIVAL: | DATE: | TIME: | ☐ A.M. ☐ P.M. |

### OFFICERS RESPONDING TO SCENE

| NAME | AGENCY | ARRIVAL TIME |
|---|---|---|
| 1. P. Johnson | Park County Sheriff | 0320 |
| 2. A. Vivian | Park County Sheriff | 0320 |

EXACT PATH IN TO SCENE BY RESPONDING OFFICER:
driveway to open ground

### EMS PERSONNEL        EMS #

| NAME | AGENCY | ARRIVAL TIME |
|---|---|---|
| 1. | | |
| 2. | | |

EXACT PATH IN TO SCENE BY RESPONDING EMS PERSONNEL:

BODY TRANSPORTED FROM SCENE BY: 1125    TO: Coroner building
Date: 11/16/21    Time: 0443   ☐ A.M. ☐ P.M.

### PHOTOGRAPHS

☐ INSIDE    ☒ OUTSIDE    ☐ CROWD

INITIAL PHOTOGRAPHS TAKEN BY: 1108

### NOTATIONS OF SCENE ALTERATIONS

IS SCENE ALTERED?  ☐ Yes  ☒ No  (If Yes, explain in detail)

WAS EVIDENCE REMOVED OR DISTURBED FROM ORIGINAL LOCATION?  ☐ Yes  ☒ No
IF YES, EXPLAIN LOCATION AND PURPOSE:

NOTE: If evidence is disturbed from original location, evidence must be photographed and diagramed. The purpose of "moving evidence" and "location evidence moved to" must be documented.

Officer's Signature: Renee 1108        Date

4