# DEPOSITION OF DAVE HOFFERT

1

```
1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF WYOMING
2

3    WILLIAM JEROME RUTH, individually,
     and as Wrongful Death Representative
4    of the ESTATE OF CYNTHIA SHOOK RUTH,

5         Plaintiff,

6    V.

7    BEARTOOTH ELECTRIC COOPERATIVE, INC.,
     a Montana Corporation, and ASPLUNDH
8    TREE EXPERT, LLC, a Limited Liability
     Company formed in Pennsylvania,
9
          Defendants.
10

11

12              DEPOSITION OF DAVE HOFFERT
                     March 16, 2023
13                     11:08 a.m.

14

15   PURSUANT TO THE UNITED STATES RULES OF FEDERAL
     PROCEDURE, this Deposition was:
16
     TAKEN BY:     Kenneth E. Barker, Esq.
17                 Attorney for Plaintiff

18   REPORTED BY:  Barbara Jean Morgenweck, RPR, CCR
                   NCRA, RPR
19                 New Mexico CCR #526

20

21

22

23

24

25
```

11

1  Well, then when we lost a board member that
2  moved away, it was easier to replace the chief than
3  a qualified board member so I moved up to the board.
4  I have been on it ever since.
5  Q. How many years total?
6  A. Since like '89, '90, somewhere in there.
7  Q. 33 years?
8  A. Pretty close.
9  Q. Okay.
10      (Sneezing in the room.)
11  A. I hope I didn't bring something in here.
12      MR. BONA: My allergies have been getting me
13  all this week.
14  BY MR. BARKER:
15  Q. Dave, I would like to move into the day of
16  November 15th of 2021. That is the day that the
17  Clark fire began; do you have that day in mind?
18  A. Oh, yeah.
19  Q. You were at, well, before I go there, do you
20  remember the day at all? Do you remember what your
21  activities were that day?
22  A. Not really. It has been overshadowed by the
23  evening so it was up until that point, it was
24  routine and the winds I remember came up early in
25  the afternoon and were progressively getting worse

12

1  so it is just natural to be edgy during that time.
2  Q. Do you receive -- did you receive a fire
3  weather alert or a weather alert of high wind
4  warnings?
5  A. I don't remember that we did. It is not
6  something we concentrate on a lot. Clark is so
7  unique that Riverton tries to give us a heads up.
8  More often than not because of my involvement with
9  the county, I work with the weather service in
10  Riverton directly on a number of situations.
11      For instance, I manage the landfills and
12  there's all kinds of recording necessary to show
13  wind events that cause problems with the landfill so
14  we interchanged a lot, and I would get calls from
15  them to me personally at home saying, this is what
16  our equipment is saying. What's it really doing.
17      They used to get hands on, on the ground.
18  They didn't know a lot of people in Clark. There
19  didn't used to be a lot of people in Clark, but I
20  was a contact that they would call and say, we're
21  seeing this. We want to verify that, and then about
22  4 or 5 hours later they would call again say, we
23  would like to verify this is what is really
24  happening so they could tell -- because their radar
25  doesn't really come around the mountain to get to

13

1  the Clark Basin, and the radar in Montana does some
2  but it is not real accurate and so that is the
3  involvement I have had, but that day I don't
4  remember -- we have a weather station. I watch that
5  online. There is a weather station at the fire
6  hall, and I watch that to see what is going on, and
7  you're watching wind speed and humidity, and it was
8  for us we were all concerned because it was
9  unbelievably dry time, not typical for that time of
10  year, November. It was really dry and then that
11  wind. We knew we were at-risk. We were hoping we
12  could get through.
13  Q. Do you recall what the weather conditions
14  were as you responded to the dispatch and went to
15  the fire hall?
16  A. The winds were in excess of
17  80 miles-an-hour. I don't try to go beyond -- if it
18  gets to 80 miles-an-hour, you can't stand up.
19  You're leaning into it, crawling on the ground or
20  hiding behind something to accomplish something. It
21  was above 80. When I went out of the house, I had
22  to protect myself and work to get to the car, and be
23  careful to get the door, and it is just something
24  you learn when you deal with it, and it was
25  excessive.

14

1  We had reports over a hundred routinely. I
2  can't tell you what it really was, but it was
3  definitely excess of 80 miles-an-hour.
4  Q. As you're going from your home to the fire
5  hall which is from east to west generally --
6  A. Yes.
7  Q. -- could you see the glow from the fire?
8  A. Minute I walked out the door. The minute --
9  my house faces that direction. I have experienced
10  it. That is the third time, and it is absolute
11  sinking feeling. It is just you look towards the
12  mountain and there is a cavity with an orange glow,
13  and it is just it -- a typical fire you see from a
14  distance is a small area and a column you're looking
15  to see what it is doing with some kind of column or
16  of smoke or a column of flame. When you see just
17  the orange glow, yeah.
18  Q. What does that tell you?
19  A. That its acreage, not a spot. There is
20  acreage involved, and yeah, it is cooking. That is
21  the term we use, "it is really cooking."
22  Q. You get to the fire hall and other members
23  are responding as well?
24  A. Yes.
25  Q. Do you have an assigned unit?

47

1  days go back to the Hutton property for any reason?
2  A.  No. I ended up -- there was -- well, I was
3  on the Hutton property but not the location we're
4  talking about. Downstream, the one in between which
5  would be -- it is referred to here standard --
6  Q.  You're referring to Exhibit No. 1 and this
7  is the label on here is the centermost steward
8  cottage; is that right?
9  A.  Yes, and you can see there that northeast of
10 it there is a bunch of corrals and things there.
11 There was a pile they pushed up of straw and manure
12 and cleanings from the corrals.
13    It kept fluttering up, and we needed
14 equipment so I was dispatched to that twice to put a
15 load of water on it, try to contain it, deal with
16 it, and then we were able on Friday, I think it was,
17 to get a skid steer to come up. Took one of our
18 fireman that is an operator, two others, went up,
19 and we turned it over, soaked it. Turned it over
20 and soaked it. It was my third trip to that
21 location. I put that out.
22    That is as far up as I went -- I had no
23 reason -- there was no fire left above there. The
24 fire we were paying attention to was stumps and
25 piles in the creek bottom that would flare up

48

1  because they would dry up, flare up again, and when
2  a stump on the creek bottom would burn, they
3  literally would burn down underground and the roots
4  would keep going, and you would soak it. Then a day
5  later it would dry out and come up again. It would
6  start smoking. The neighbors would call. That is
7  what we were patrolling and dealing with that. That
8  was until some time Friday we were done.
9  Q.  Okay. Did you participate --
10    MS. COATES: Did you want the camera back on
11 the witness.
12    MR. BARKER: Thank you, Holly.
13    THE WITNESS: I like it the other way.
14 BY MR. BARKER:
15 Q.  Did you participate in any way in the
16 determination of the origin and cause?
17 A.  No, I did not.
18 Q.  Okay. Just a moment. I think we are done.
19 Thank you. These guys have some questions.
20    MR. BAILEY: Just very few. Thank you for
21 coming today.
22         EXAMINATION
23 BY MR. BAILEY:
24 Q.  Was there any kind of a system in place in
25 Clark to notify people that they needed to evacuate

49

1  in case of a wildfire that you're aware of?
2  A.  They call it "code red." Okay. We hadn't
3  used it a lot, and you need to understand the Clark
4  community is very independent, redneck. They don't
5  like government.
6  Q.  I would like it there.
7  A.  I am just telling you, even when you offer
8  them something like that, they think you're spying
9  on them. They don't all join. It is all voluntary,
10 and that was used by the sheriff's department that
11 night to notify. I think we figured right about
12 half the residents were participating and they were
13 notified.
14    Whenever we have done that, the strange part
15 is we get chewed out by people that we asked to
16 leave that don't think they should have and we get
17 chewed out by people that we didn't ask and it is --
18 we never win on that one.
19 Q.  Did you personally participate in notifying
20 anyone in the Clark area to evacuate their home?
21 A.  No. When I was on Wild Willy, the deputies
22 had most of them out. We went looking and affirming
23 people had left. Deputies would go in and ask them
24 to leave, and then we were following up to make sure
25 they really were gone, kind of thing. That is all I

50

1  did.
2  Q.  Did you have any conversations with Jerry
3  Ruth that night or early on the 16th about Cindy
4  needing to evacuate her residence?
5  A.  I tried but I don't believe -- I believe the
6  tower had gone down by the time I was trying. I
7  really felt like I could hear Nathan pleading with
8  Jerry, call Cindy tell her now. Call Cindy tell her
9  now, and my thought was, Jerry, if you're sitting up
10 there because you think I want you there, I want you
11 to know it is okay with me take the truck and go
12 down, but I was never able to contact him. It never
13 got through to him.
14    By the time I got to the Cothern property
15 where I met Nate, I understand now Jerry had already
16 highjacked one of the Cody officer trucks and they
17 were going down. They were already gone from where
18 I was.
19 Q.  You mentioned conversations you had with
20 Jerry about the ambulance bringing it, not bringing
21 it, so forth?
22 A.  Right.
23 Q.  Then you talked with him when you reached
24 the mailbox. Did you have any other conversations
25 with him that night that you can recall?