# DEPOSITION OF ALICIA MARTIN

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF WYOMING
 2


 3   WILLIAM JEROME RUTH, individually,
     and as Wrongful Death Representative
 4   of the ESTATE OF CYNTHIA SHOOK RUTH,

 5        Plaintiff,

 6   V.

 7   BEARTOOTH ELECTRIC COOPERATIVE, INC.,
     a Montana Corporation, and ASPLUNDH
 8   TREE EXPERT, LLC, a Limited Liability
     Company formed in Pennsylvania,
 9
          Defendants.
10

11

12            DEPOSITION OF ALICIA MARTIN
                    March 16, 2023
13                   9:30 a.m.

14

15   PURSUANT TO THE UNITED STATES RULES OF FEDERAL
     PROCEDURE, this Deposition was:
16
     TAKEN BY:     Kenneth E. Barker, Esq.
17                 Attorney for Plaintiff

18   REPORTED BY: Barbara Jean Morgenweck, RPR, CCR
                  NCRA, RPR
19                New Mexico CCR #526

20

21

22

23

24

25
```

```
                                           11                                                  13
 1      Q.  How long have Larry and Teresa lived in     1      A.  Yes.
 2   Clark?                                             2      Q.  In what capacity?
 3      A.  Ten years.                                  3      A.  He has worked for -- well, he worked for Joe
 4      Q.  Where or what is their address?             4   Pellar (ph) on the Buffalo Ranch, and then -- now he
 5      A.  283 Road 8Ud, yes.                          5   works for Dave McWilliams, who runs the Buffalo
 6      Q.  Where is that geographically on Line Creek? 6   Ranch now.
 7      A.  It is not on Line Creek. They live over     7      Q.  Is your father, Larry, on the volunteer fire
 8   towards the canyon. Last Stand Ranch. They run the 8   department for Clark?
 9   Buffalo Ranch.                                     9      A.  No.
10      Q.  Is that where they lived in November of    10      Q.  I talked to your father briefly on the phone
11   2021?                                             11   about his knowledge of the Clark fire. Have you
12      A.  Yes.                                       12   visited with your dad about the Clark fire?
13      Q.  I understand that your father, Larry,      13      A.  Yes.
14   retired from fire service?                        14      Q.  Can you describe for us in what context have
15      A.  Yes.                                       15   you talked to him?
16      Q.  And that was in Missouri?                  16      A.  I just talked to him about how I felt of
17      A.  Yes.                                       17   what happened that night because, of course, we went
18      Q.  And where in Missouri?                     18   to their house whenever we had to leave our house
19      A.  Lesterville, Missouri.                     19   that night. The next day I went up and kind of
20      Q.  Was that a --                              20   looked at where the fire started, and I seen where
21         MR. BAILEY: What is happening?              21   it started at, and you could see where it went down
22         MR. BONA: It's just bad connection          22   the valley, you know, all the way down to where I
23   feedback.                                         23   lived in front of my house. You can see the burnt
24         MR. BARKER: Hank, the reason I didn't stop  24   everywhere. Yet, that house that it started at, you
25   is because it quit yesterday.                     25   could clearly see there was like a triangular area

                                           12                                                  14
 1         MR. BAILEY: Sorry.                           1   where it looked like it blew, you know what I mean?
 2         THE REPORTER: (Requesting clarification.)    2      Q.  Uh-huh.
 3         THE WITNESS: L-E-S-T-E-R-V-I-L-L-E.          3      A.  And so I talked to him about that. I was
 4   BY MR. BARKER:                                     4   like, it looks like somebody started it. It looks
 5      Q.  Is that a city or town?                     5   like somebody set a bucket out there, it fell over,
 6      A.  It is a town. It's more like a village,     6   and it blew the fire the rest of the way out,
 7   because it is not incorporated.                    7   because that night it was cold, and everybody had
 8      Q.  Is it next to a city?                       8   their fires going, my mom and dad included. And I
 9      A.  Close to Farmington, Missouri.              9   had my heat going because it was chilly that night.
10      Q.  And in Lesterville, your dad was on the fire 10 And so I just assumed most likely somebody had taken
11   department?                                       11   ashes out of their fireplace, set the bucket
12      A.  Uh-huh.                                    12   outside, not thinking, and it blew away. And the
13      Q.  Yes?                                       13   place that it was, I believe that they rented it for
14      A.  Yes. Sorry.                                14   deer hunters, so they may not have even been from
15      Q.  For how many years?                        15   the area, not knowing, you know, 120-mile an hour
16      A.  In Lesterville, he was on the fire         16   wind is going to blow away. So I talked to him
17   department for 15 years, and then prior he was on 17   about that.
18   the fire department in Viburnum.                  18         And then the fact that I realized that
19      Q.  Spell that, please?                        19   they're saying that Beartooth could have been
20      A.  V-I-B-U-R-U-M,[sic]. Viburnum.             20   involved and that power lines may have slapped
21      Q.  And he retired from the fire department in 21   together, but I didn't lose electricity until
22   Lesterville and moved to Clark?                   22   Beartooth shut it off. So if I -- it would have
23      A.  Yes.                                       23   slapped together or anything, I feel like I would
24      Q.  Has he been employed while he has been at  24   have lost electricity a little bit sooner than what
25   Clark?                                            25   I did. That is what I talked to him about. I hope
```

15

1  you got all that.
2    Q.  That is helpful.  Have you served as a fire
3  prevention before?
4    A.  I did, in Missouri.  I was on the junior
5  firefighter with my mom and dad both.
6    Q.  How many years?
7    A.  I did three years with them.
8    Q.  How old were you?
9    A.  16 and 17, 18.
10   Q.  Beyond that, did you serve on a fire
11 department?
12   A.  No.
13   Q.  Have you taken any classes on investigation
14 of fires?
15   A.  No.  Just the classes I took for junior
16 firefighter.
17   Q.  Have you taken any classes on the origin and
18 cause of wildland fires?
19   A.  No.
20   Q.  Have you ever fought a wildland fire?
21   A.  No.
22   Q.  Other than the wildland fire on November 15,
23 16, 2021, have you ever been involved in a wild
24 fire?
25   A.  In Missouri, yes.

16

1    Q.  Describe for us.
2    A.  It was huge.  It was terrifying.
3    Q.  As a result of that, did you and your family
4  have to evacuate?
5    A.  No.  Luckily, it was just close to the house
6  so.
7    Q.  Were you involved in any of the initial
8  attack or?
9    A.  No.  My parents were.  I got to set up all
10 night for it.
11   Q.  So in addition, other than that and the
12 Clark fire, have you been involved or witnessed any
13 other wildfires?
14   A.  No.
15   Q.  Do you consider yourself to be qualified to
16 do an origin and cause investigation?
17   A.  No, by no means.
18   Q.  When I speak of origin and cause of these
19 fires, do you know what I mean?
20   A.  Yes.  Like, what caused the fire, where did
21 it start, yes.
22   Q.  So you generally have an understanding of
23 what that term means?
24   A.  Right.  I am going to tell you what I told
25 Kevin.  I just used common sense that said.  That's

17

1  how I explained it.
2    Q.  That's okay.  We're interested.  So did you
3  call Kevin, or did he call you?
4    A.  No, he called me.
5    Q.  How is it that he got your name?
6    A.  I -- he told me he was just calling
7  everybody on Line Creek, so I am guessing that -- I
8  mean, I don't know.
9    Q.  Did you take notes of that call?
10   A.  I did not.
11   Q.  Have you talked to anybody before Kevin?
12   A.  No.
13   Q.  Anybody from Beartooth Electric?
14   A.  No.
15   Q.  By that time, you had talked to your father?
16   A.  Yes.
17   Q.  Let's discuss where you live, from what we
18 refer to as the Hutton property?
19   A.  Yes.
20   Q.  Do you know what I am talking about?
21   A.  Yes.
22   Q.  And this is property we have already
23 established in the record that is owned by Gretchen
24 and Scott Hutton?
25   A.  Correct.

18

1    Q.  Do you know Gretchen and Scott?
2    A.  I don't.
3    Q.  They have a caretaker by the name of Pam
4  Nelson?
5    A.  I do know her.
6    Q.  How do you know Pam?
7    A.  Just by neighbors.
8    Q.  And did you interact with Pam on a frequent
9  basis?
10   A.  No.
11   Q.  Have you ever gone to the Hutton property
12 prior to November 15th or 16th?
13   A.  Just passing it.
14   Q.  And when you pass it, you pass on a road
15 that's known as Louis L'Amour Lane?
16   A.  Right.
17   Q.  Louis L'Amour Lane is a private road?
18   A.  Right.
19   Q.  And it serves that general area, if I could
20 describe it this way, and I want you to correct me
21 if it is not, upper Line Creek?
22   A.  Right.
23   Q.  Now as a private road, then, residents use
24 it?
25   A.  Yes.