Scott E. Ortiz (WSB 5-2550)
WILLIAMS PORTER DAY NEVILLE PC
PO Box 10700
Casper, WY 82602
Telephone No.: (307) 265-0700
Facsimile No.:  (307) 266-2306
Email: sortiz@wpdn.net

David Bona (CA SBN: 209605; TX SBN 24103639)
*Admitted Pro Hac Vice*
CARLSON, CALLADINE & PETERSON
One Post Street, Suite 500
San Francisco, CA  94104
Telephone No.: (415) 391-3911
Facsimile No.:  (415) 391-3898
Email: dbona@ccplaw.com

*Attorneys for Defendant ASPLUNDH TREE EXPERT, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **WILLIAM JEROME RUTH,** individually, and As Wrongful Death Representative of the **ESTATE OF CYNTHIA SHOOK RUTH,**<br><br>Plaintiff,<br><br>v.<br><br>**BEARTOOTH ELECTRIC COOPERATIVE, INC.,** a Montana Corporation, and **ASPLUNDH TREE EXPERT, LLC,** a Pennsylvania Limited Liability Company,<br><br>Defendants. | Case No. 2:22-cv-00230-KHR<br><br><br>**DEFENDANT ASPLUNDH TREE EXPERT, LLC'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF DECEDENT CYNTHIA RUTH'S CHARACTER INCLUDING HER CONTRIBUTIONS TO THE COMMUNITY** |

COMES NOW Defendant ASPLUNDH TREE EXPERT, LLC (Asplundh), by and through counsel of record, and hereby submits its Motion In Limine No. 2 to Exclude Evidence of Decedent Cynthia Ruth's Character Including Her Contributions to the Community. The basis for the motion is that evidence of the decedent's past community and professional contributions

1

has no tendency to make the existence of any fact that is of consequence to the determination of the Plaintiff's damage claim more or less probable because such contributions have no bearing on Plaintiff or the other potential beneficiaries' proof of their individualized loss of probable future companionship, society and comfort of the decedent.

    This Motion is supported by Defendant Asplundh's Memorandum in Support of Motion In Limine No. 2, the attached Exhibit, and the entire record.

Dated this 29th day of November, 2023.

                        By: _/s/ David Bona_____
                              David Bona (CA SBN: 209605; TX SBN 24103639)
                              *Admitted Pro Hac Vice*
                              CARLSON, CALLADINE & PETERSON
                              One Post Street, Suite 500
                              San Francisco, CA  94104
                              Telephone: (415) 391-3911
                              Email: dbona@ccplaw.com

                              Scott E. Ortiz (WSB 5-2550)
                              WILLIAMS PORTER DAY NEVILLE PC
                              PO Box 10700
                              Casper, WY 82602
                              Telephone No.: (307) 265-0700
                              Facsimile No.:  (307) 266-2306
                              Email: sortiz@wpdn.net

                              *Attorneys for ASPLUNDH TREE EXPERT, LLC*

# CERTIFICATE OF SERVICE

This is to certify that on the 29th day of November, 2023, the undersigned served the within and foregoing **DEFENDANT ASPLUNDH TREE EXPERT, LLC'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF DECEDENT CYNTHIA RUTH'S CHARACTER INCLUDING HER CONTRIBUTIONS TO THE COMMUNITY** upon counsel by electronic service via CM/ECF to:

Kenneth E. Barker
Barker Law Firm, LLC
10956 SD Highway 34
PO Box 100
Belle Fourche, SD 57717
Telephone: (605) 723-8000
Email: kbarker@barkerlawfirm.com

Ian K. Sandefer
Sandefer & Woolsey, Trial Lawyers, LLC
143 N. Park Street
Casper, WY 82601
Telephone: (307) 232-1977
Email: ian@swtriallawyers.com

Robert G. Pahlke
The Robert Pahlke Law Group
2425 Circle Drive, Suite 200
Scottsbluff, NE 69361
Telephone: (308) 633–4444
Email: rgp@pahlkelawgroup.com

Henry F. Bailey, Jr.
Andrew D. Bailey
Bailey Stock Harmon Cottam Lopez
6234 Yellowstone Road
PO Box 1557
Cheyenne, WY 82003
Email: hank@performance-law.com
Email: andy@performance-law.com

Scott E. Ortiz
Williams Porter Day & Neville PC
PO Box 10700
Casper, WY 82601
Email: sortiz@wpdn.net

                                              */s/ David Bona*_____
                                              David Bona