UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILLIAM JEROME RUTH, individually, and as Wrongful Death Representative of the ESTATE OF CYNTHIA SHOOK RUTH,<br><br>Plaintiff,<br><br>v.<br><br>BEARTOOTH ELECTRIC COOPERATIVE, INC., a Montana Corporation, and ASPLUNDH TREE EXPERT, LLC, a Pennsylvania Limited Liability Company,<br><br>Defendants. | Case No. 22-CV-00230-KHR<br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiff, William Jerome "Jerry" Ruth, individually and on behalf of the Estate of Cynthia "Cindy" Shook Ruth, and Defendants, Beartooth Electric Cooperative, Inc. and Asplundh Tree Expert, LLC, by and through their respective counsel of record, under the authority of Fed. R. Civ. P. 41(a)(1)(ii), jointly stipulate all of Plaintiff's claims against Defendants may be dismissed upon their merits with prejudice, with the parties to bear their own attorney's fees and costs, and without further notice.

Dated this __19__ day of December, 2023.

BARKER LAW FIRM, LLC

By _/s/ Kenneth E. Barker_
Kenneth E. Barker
Attorney for Plaintiff Jerry Ruth
10956 SD Highway 34
PO Box 100
Belle Fourche, SD 57717-0100
kbarker@barkerlawfirm.com
Tel: (605) 723-8000
Fax: (605) 723-8010

1

**ROBERT PAHLKE LAW GROUP**
Robert G. Pahlke
Attorney for Jerry Ruth
2425 Circle Drive, Suite 200
Scottsbluff, NE 69361-1224
(308) 633-4444
rgp@pahlkelawgroup.com

**SANDEFER & WOOLSEY TRIAL LAWYERS, LLC**
Ian Sandefer
Attorney for Jerry Ruth
143 N. Park Street
Casper, WY 82601
(307) 232-1977
ian@swtriallawyers.com

Dated this _____ day of December, 2023.

**BAILEY STOCK HARMON COTTAM LOPEZ LLP**

By _____
Henry F. Bailey
Andrew D. Bailey
Attorneys for Defendant Beartooth Electric Cooperative
6234 Yellowstone Road
PO Box 1557
Cheyenne, WY 82009
(307) 638-7745
hank@performance-law.com
andy@performance-law.com

2

Dated this 19th day of December, 2023.

                        **CARLSON, CALLADINE & PETERSON LLP**

By *[signature]*
David Bona
Attorney for Asplundh Tree Expert, LLC
275 Battery Street, 16th Floor
San Francisco, CA 94111
(415) 391-9857
dbona@ccplaw.com

**WILLIAMS PORTER DAY NEVILLE PC**
Scott E. Ortiz
Attorney for Asplundh Tree Expert, LLC
PO Box 10700
Casper, WY 82602
(307) 265-0700
sortiz@wpdn.net